**PITTS v. AMERICAN SEC. INS. CO.**

[356 N.C. 292 (2002)]

MARGARET WILLIAMS PITTS, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SIT-
UATED v. AMERICAN SECURITY INSURANCE COMPANY, AMERICAN SECURITY
INSURANCE GROUP, STANDARD GUARANTY INSURANCE COMPANY, AND
WACHOVIA BANK OF NORTH CAROLINA, N.A.

No. 369PA01

(Filed 4 October 2002)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unani-
mous decision of the Court of Appeals, 144 N.C. App. 1, 550 S.E.2d
179 (2001), reversing in part, vacating in part, and remanding an order
and opinion entered by Tennille, J., on 7 February 2000 in Superior
Court, Pitt County. Heard in the Supreme Court 9 September 2002.

*The Blount Law Firm, P.L.L.C., by Marvin K. Blount, Jr., for
plaintiff-appellee.*

*Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.,
by Carl N. Patterson, Jr., and Donald H. Tucker, Jr., for defend-
ant-appellants American Security Insurance Company and
Standard Guaranty Insurance Company.*

*Womble Carlyle Sandridge & Rice, by Burley B. Mitchell, Jr.,
Hada V. Haulsee, and Reid C. Adams, Jr., for defendant-
appellant Wachovia Bank of North Carolina, N.A.*

*Bell, Davis & Pitt, P.A., by William K. Davis and Stephen M.
Russell, on behalf of the National Association of
Manufacturers, the Chamber of Commerce of the United
States, and United Services Automobile Association, amici
curiae.*

*North Carolina Justice Center, by Carlene McNulty, on behalf of
AARP, CRA-NC, Financial Protection Law Center, North
Carolina Consumer's Council, North Carolina Justice and
Community Development Center, and NC PIRG, amici curiae;
and Financial Protection Law Center, by Mallam J. Maynard,
amicus curiae.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by
Edward C. Winslow III and Clinton R. Pinyan, on behalf of
North Carolina Bankers Association, amicus curiae.*

*Rhoda Billings; and Robinson, Bradshaw & Hinson, P.A., by
John M. Conley, on behalf of North Carolina Citizens for
Business and Industry, amicus curiae.*

**PITTS v. AMERICAN SEC. INS. CO.**

[356 N.C. 292 (2002)]

*Lewis & Roberts, PLLC, by Gary W. Jackson, on behalf of the North Carolina Academy of Trial Lawyers and the American Civil Liberties Union of North Carolina Legal Foundation, Inc., amici curiae.*

PER CURIAM.

Justices ORR, WAINWRIGHT, and EDMUNDS did not participate in the consideration or decision of this case. The remaining members of the Court were equally divided, with two members voting to affirm the decision of the Court of Appeals and two members voting to reverse. Therefore, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Reese v. Barbee,* 350 N.C. 60, 510 S.E.2d 374 (1999); *Nesbit v. Howard,* 333 N.C. 782, 429 S.E.2d 730 (1993).

AFFIRMED.